JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
- City: _____
- County: Suffolk

**Category No.:** II
**Investigating Agency:** FBI, IRS-CI, DOT-OIG

**Related Case Information:**
- Superseding Ind./ Inf.: _____   Case No.: _____
- Same Defendant: _____   New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: See additional information
- R 20/R 40 from District of: _____

## Defendant Information:

- **Defendant Name:** John P. Pigsley, Sr.
- **Juvenile:** ☐ Yes  ☑ No
- **Is this person an attorney and/or a member of any state/federal bar:** ☐ Yes  ☑ No
- **Alias Name:** John Pigsley, Big John
- **Address (City & State):** Beverly, MA
- **Birth date (Yr only):** 1965   **SSN (last4#):** 0604   **Sex:** M   **Race:** W   **Nationality:** US
- **Defense Counsel if known:** Daniel Gelb
- **Address:** 900 Cummings Center, Suite 207-V, Beverly, MA 01915
- **Bar Number:** _____

## U.S. Attorney Information:

- **AUSA:** Kristina Barclay, Elysa Wan
- **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  17

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/4/2023   **Signature of AUSA:** _(signature)_

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John P. Pigsley, Sr.

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-5 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 6 |
| Set 3 | 26 U.S.C. § 7201 | Attempt to Evade or Defeat Tax | 7-12 |
| Set 4 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 5 | 31 U.S.C. § 5324 | Structuring Transactions to Evade Reporting Requirements | 14-17 |
| Set 6 | 18 U.S.C. §§ 981(a)(1)(C); | Forfeiture Allegations<br>31 U.S.C. § 5317; 28 U.S.C. § 2461 | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant Case Numbers 22-2044, 22-2114 to 2132, 22-2356 to 2359